<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-6833**

———————

WILLIAM HENRY FIELDS,

Petitioner - Appellant,

versus

WARDEN OF THE STAUNTON CORRECTIONAL CENTER,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-94-825-R)

———————

Submitted: January 11, 1996          Decided: January 23, 1996

———————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

William Henry Fields, Appellant Pro Se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Fields v. Warden, Staunton Correctional Ctr., No. CA-94-825-R (W.D. Va. Apr. 28, 1995). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED